```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                            :     CIVIL ACTION
PHILADELPHIA NEWSPAPERS, LLC      :     NO. 09-mc-178
                                  :
                                  :     BKY. NO. 09-11204
```

O R D E R

**AND NOW,** this **10th day of November 2009,** it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum, the October 8, 2009 decision of the Bankruptcy Court to deny the motion to approve bid procedures is **REVERSED and Remanded** to the Bankruptcy Court for further proceedings in a manner consistent with this Order and Memorandum.

**AND IT IS SO ORDERED.**


                                       S/Eduardo C. Robreno

                                       **EDUARDO C. ROBRENO, J.**